McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-PO-00015 EFB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JAIME CUELLAR, | DATE: March 24, 2020 |
| Defendant. | TIME: 2:00 p.m. COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 24, 2020.

2. By this stipulation, defendant now moves to continue the status conference until May 11, 2020.

3. The government does not object to the continuance.

4. The sole charge in this case is a Class B misdemeanor. Therefore the Speedy Trial Act does not apply and no exclusion of time is necessary.

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1

IT IS SO STIPULATED.

Dated:  March 18, 2020                          McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ CHRISTOPHER S. HALES
                                                CHRISTOPHER S. HALES
                                                Assistant United States Attorney


Dated:  March 18, 2020                          HEATHER WILLIAMS
                                                Federal Defender


                                                /s/ LINDA ALLISON
                                                LINDA ALLISON
                                                Counsel for Defendant
                                                JAIME CUELLAR


## [~~PROPOSED~~] ORDER

IT IS SO ORDERED this 20th day of March, 2020.

                                                _____
                                                THE HONORABLE EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE