McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME CUELLAR,<br><br>Defendant. | CASE NO. 2:20-po-00015 EFB<br><br>STIPULATION AND [Proposed] ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: May 11, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 11, 2020.

2. By this stipulation, defendant now moves to continue the status conference until July 27, 2020, at 10:00 a.m.

3. The government does not object to the continuance.

4. The sole charge in this case is a Class B misdemeanor. Therefore the Speedy Trial Act does not apply and no exclusion of time is necessary.

///

///

///

Stipulation and [Proposed] Order to Continue Status Conference

1

IT IS SO STIPULATED.

Dated:  April 27, 2020                                        McGREGOR W. SCOTT
                                                              United States Attorney


                                                              /s/ CHRISTOPHER S. HALES
                                                              CHRISTOPHER S. HALES
                                                              Assistant United States Attorney


Dated:  April 27, 2020                                        HEATHER WILLIAMS
                                                              Federal Defender


                                                              /s/ LINDA ALLISON
                                                              LINDA ALLISON
                                                              Counsel for Defendant
                                                              JAIME CUELLAR
                                                              *(Approved via email 4/27/2020)*

## [~~PROPOSED~~] ORDER

IT IS SO ORDERED this 28th day of April, 2020.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE